UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-368 |
| JOHN ALBERT JONES, JR. | SECTION "K" |

### JUDGMENT

Considering the foregoing order,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that judgment be entered in favor of the United States of America and against John Albert Jones, Jr. dismissing the petition of John Albert Jones, Jr. which was filed pursuant to 28 U.S.C. § 2255.

New Orleans, Louisiana, this __28th__ day of August, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**