UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

500 Camp Street
New Orleans, La 70130

June 23, 2008

**CERTIFICATE OF DISPOSAL**

Virginia Schlueter, FPD
Hale Boggs Federal Bldg.
500 Poydras St., Rm 318
New Orleans, LA 70130

Re: USA V. JOHN ALBERT JONES, JR.
   Criminal Action No. 00-368 "K"(4)

I, Loretta G. Whyte, Clerk, U. S. District Court, Eastern District of Louisiana, do hereby certify that the exhibits listed on the attached schedule were disposed on June 23, 2008 per consent by Virginia Schlueter in lieu of Ronald Small.

/s/ Loretta G. Whyte
Loretta G. Whyte, Clerk

**Sheena Demas**
**Deputy Clerk Disposing of Exhibits**

AO 187 (Rev. 4/82)

## EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| USA vs. John A. Jones, Jr | | DISTRICT COURT<br>Eastern Dist. of LA |
| PLAINTIFF'S ATTORNEY<br>Matthew Coman | DEFENDANT'S ATTORNEY<br>Ronald Small | DOCKET NUMBER<br>CR 00-368 K<br>TRIAL DATE(S)<br>6/13/01 |
| PRESIDING JUDGE<br>Stanwood R. Duval, Jr. | COURT REPORTER<br>Arlene Morahed | COURTROOM DEPUTY<br>Sheena Demas |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/13/01 | ✓ | ✓ | Search Warrant |
| | 1 | " | ✓ | ✓ | Photo |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages