UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Loretta G. Whyte                                               500 Poydras Street
Clerk                                                          New Orleans, La 70130

June 25, 2008

Matthew Coman
U.S. Attorney's Office
500 Poydras St., Suite 210
New Orleans, LA 70130

Re: 00-368 "K"(4)
    (USA V. JOHN ALBERT JONES, JR.)

    Rule 79.3 of the Local Rules of the U. S. District Court for the Eastern District of Louisiana provides that all exhibits placed in the custody of the Clerk be removed within thirty (30) days of the final disposition of the case in which they were submitted.

    Our records indicate that the exhibits offered by you on the attached list in the above numbered and entitled case still remain in our custody, and therefore are hereby being returned.

    Please acknowledge receipt of said exhibits by signing the enclosed copy of this letter in the space provided and returning same to this office.

                                                    Sincerely,

                                                    LORETTA G. WHYTE, CLERK

                                                    By: _Sheena Demas_____
                                                           Deputy Clerk

**RECEIVED THE ABOVE EXHIBITS:**

_AGhsn for Matthew Coman_
(Signature)

_US Attorney's Office_
(Name of Fi m)

_6-25-08_
(Date)

AO 187 (Rev. 4/82)

## EXHIBIT AND WITNESS LIST

| | | | | |
|---|---|---|---|---|
| USA | vs. | John A. Jones, Jr | | DISTRICT COURT: Eastern Dist. of LA |
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | | | DOCKET NUMBER: CR 00-368 K |
| Matthew Coman | Ronald Small | | | TRIAL DATE(S): 6/13/01 |
| PRESIDING JUDGE | COURT REPORTER | | | COURTROOM DEPUTY |
| Stanwood R. Duval, Jr. | Arlene Movahed | | | Meena Demas |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ① | | 6/13/01 | ✓ | ✓ | Search Warrant |
| | 1 | " | ✓ | ✓ | Photo |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages